### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COVIDIEN SALES LLC, COVIDIEN LP, | : | |
| f/k/a TYCO HEALTHCARE GROUP, LP | : | |
| and UNITED STATES SURGICAL | : | Civil Action No: 3:14-cv-00917 (JCH) |
| CORPORATION, | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| ETHICON ENDO-SURGERY, INC., | : | |
| *Defendant.* | : | November 9, 2015 |

### STIPULATION OF WITHDRAWAL AND DISMISSAL
### AND [PROPOSED] ORDER

WHEREAS in the above-captioned matter before the United States District Court for the District of Connecticut (the "Court"), Plaintiffs Covidien Sales LLC, Covidien LP, f/k/a Tyco Healthcare Group, LP and United States Surgical Corporation (collectively, "Covidien") posted a preliminary injunction bond in the amount of $5,000,000 (Doc. 125), pursuant to the Court's "Preliminary Injunction Order," dated October 22, 2014 (Doc. 121);

WHEREAS on March 25, 2015, the United States Court of Appeals for the Federal Circuit reversed the Court's order granting a preliminary injunction and remanded for any necessary further proceedings (Doc. 141);

WHEREAS on May 1, 2015, Covidien and Defendant Ethicon Endo-Surgery, Inc. ("Ethicon") filed a joint Stipulation (Doc. 146), so-ordered on May 19, 2015 (Doc. 148), which, among other things: (i) dismissed Covidien's claims with prejudice (subject to resolution of a petition for writ of certiorari filed with the Supreme Court of the United States on July 27, 2015, in the related appeal, styled *Tyco Healthcare LP and United States Surgical Corporation v. Ethicon Endo-Surgery, Inc.*, No. 13-1324, -1381), No. 15-

1

115 (Sup. Ct.) ("Tyco Appeal")); and (ii) dismissed Ethicon's affirmative defenses and counterclaims without prejudice;

WHEREAS on June 18, 2015, Ethicon filed its Motion to Recover Against the Preliminary Injunction Bond (Doc. 152);

Covidien and Ethicon, by and through their undersigned attorneys, and pursuant to a settlement agreement between the parties, hereby stipulate and agree that upon entry of this stipulation as an Order:

1. Ethicon's Motion to Recover Against the Preliminary Injunction Bond shall be withdrawn (Doc. 152);

2. Any and all other claims, counterclaims and defenses in this matter shall be dismissed with prejudice; provided, however, that in the event the Federal Circuit's judgment of invalidity for any claims of the patents-in-suit in the Tyco Appeal is reversed or vacated in whole or in part, Covidien reserves its right to reassert infringement against Ethicon and Ethicon reserves its right to reassert its affirmative defenses and counterclaims.

3. Each party shall bear its own costs and attorneys' fees;

4. The $5,000,000 surety bond posted by Covidien (Doc. 125) shall be released.

8243613v.1
EAST\112506050.1

THE PLAINTIFFS

By /s/ David N. Rosen
Dated: November 9, 2015

David N. Rosen (ct00196)
DAVID ROSEN & ASSOCIATES, P.C.
400 Orange Street
New Haven, CT 06511
Tel. (203) 787-3513
Fax. (203) 789-1605
drosen@davidrosenlaw.com


Of Counsel:

Drew M. Wintringham
Francis W. Ryan, IV
Melissa A, Reinckens
Matthew N. Ganas
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY
Tel.  (212) 335-4500
Fax.  (212) 335-4501
drew.wintringham@dlapiper.com
frank.ryan@dlapiper.com
melissa.reinckens@dlapiper.com
matt.ganas@dlapiper.com

Erica J. Pascal
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92130
Tel.  (619) 699-2639
Fax.  (619) 764-6639
erica.pascal@dlapiper.com

*Attorneys for Plaintiffs*
*Covidien Sales LLC, Covidien LP and*
*United States Surgical Corporation*


THE DEFENDANT

By /s/ James T. Shearin
Dated:  November 9, 2015

James T. Shearin (ct 01326)
PULLMAN & COMLEY, LLC
850 Main Street
Bridgeport, CT 06601
Tel. (203)330-2000
Fax (203)576-8888
jshearin@pullcom.com


Of Counsel:

William F. Cavanaugh, Jr. (ct 09927)
Aron R. Fischer (phv granted 7/7/2014)
R. James Madigan III (phv#06878)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel. (212) 336-2000
Fax (212) 336-2222
wfcavanaugh@pbwt.com
afischer@pbwt.com
jmadigan@pbwt.com

Dianne B. Elderkin (ct 16053)
Barbara L. Mullin (phv#0001)
Steven D. Maslowski (phv#0003)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
Tel. (215) 965-1200
Fax (215) 965-1210
delderkin@akingump.com
bmullin@akingump.com
smaslowski@akingump.com

*Attorneys for Defendant*
*Ethicon Endo-Surgery, Inc.*


IT IS SO ORDERED:

Dated: _____          _____

                                          JANET C. HALL, U.S.D.J.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 9, 2015, a copy of the foregoing Stipulation of Withdrawal and Dismissal was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

  /s/  David N. Rosen
David N. Rosen